

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2016

No. 04-16-00125-CR

Thomas **MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 15-01-001-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to August 15, 2016. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court